NORTON, Trustee, *v.* CITY OF DOVER.

SAME *v.* CITY OF PORTSMOUTH.

SAME *v.* CITY OF MANCHESTER.

SAME *v.* CITY OF CONCORD.

SAME *v.* CITY OF NASHUA.

*(Circuit Court, D. New Hampshire. February 23, 1886.)*

NEW TRIAL—RELEASE AFTER VERDICT.
  Where there has been a release, in full, under seal, after a verdict in favor of defendant a motion for new trial, on the ground that the evidence in the former trial was false, will not be heard until the validity of the release is determined by a proper proceeding.

Motion for a New Trial.
*H. D. Hadlock*, for plaintiff.
*William L. Foster*, for defendants.

COLT, J. In the above cases brought by the same plaintiff against various defendants, it appears that since the trial the plaintiff has signed what purports to be a release, in full, under seal, in favor of the several defendants. The plaintiff contends that this release is void. Under these circumstances, however, the motion for a new trial must be postponed until the validity of the release is determined by a proper proceeding.